No. 14–0267/AR. U.S. v. Michael L. Alvarez. CCA 20120368. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 6, 2014.

No. 14–5001/AR. U.S. v. Joshua R. Sickels. CCA 20110110. Appellant's motion to file supplemental joint appendix granted.

Thursday, December 19, 2013

No. 14–0130/AF. U.S. v. David J. Janssen. CCA 37681. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE CIVILIAN JUDGE ON APPELLANT'S AIR FORCE COURT OF CRIMINAL APPEALS PANEL WAS PROPERLY APPOINT-ED. *See* U.S. Const. Article II, Section 2, Clause 2; 10 U.S.C. § 113 (2012); 5 U.S.C. § 3101 (2012).

Briefs will be filed under Rule 25. Appellant's brief shall be filed within 15 days of the date of this order. Appellee's brief shall be filed within 10 days of the filing of Appellant's brief. Appellant may file a reply brief within 5 days of the filing of Appellee's brief. Requests for enlargements of time to file pleadings will not be favorably received.

No. 13–0591/NA. U.S. v. Kenan H. Belton. CCA 201200292. On consideration of Appellant's petition for reconsideration of this Court's order issued October 10, 2013, it is ordered that said petition for reconsideration is hereby denied.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514.

On consideration of Appellant's motion to file a brief in excess of fifty pages, the Court notes that Rule 24(b) of its Rules of Practice and Procedure provides that briefs filed with the Court shall not exceed thirty pages, unless otherwise authorized by order of the Court or by motion of a party granted by the Court. In addition, Rule 24(c) provides a type-volume limitation providing that briefs are acceptable if they contain no more than 14,000 words or 1,300 lines of text.